# Third District Court of Appeal

## State of Florida

Opinion filed April 24, 2019.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-166
Lower Tribunal No. 18-1365-K

_____


**Skip Stuart Stanley,**

Appellant,

vs.

**Sheriff Rick Ramsay,**

Appellee.

_____

No. 3D19-167
Lower Tribunal No. 18-1366-K

_____


**Skip Stuart Stanley,**

Appellant,

vs.

**Sheriff Don Catala,**

Appellee.

_____

No. 3D19-168
Lower Tribunal No. 18-1367-K

_____


**Skip Stuart Stanley,**
Appellant,


vs.


**Deputy Sheriff Aaron Roddy,**
Appellee.


_____


No. 3D19-170
Lower Tribunal No. 18-1467-K

_____


**Skip Stuart Stanley,**
Appellant,


vs.


**Sheriff Don Catala,**
Appellee.


_____


No. 3D19-171
Lower Tribunal No. 18-1468-K

_____


**Skip Stuart Stanley,**
Appellant,


2

vs.

**Sheriff Rick Ramsay,**
Appellee.

————————

No. 3D19-204
Lower Tribunal No. 18-1312-K

————————


**Skip Stuart Stanley,**
Appellant,

vs.

**George Braff, et al.,**
Appellees.

————————

No. 3D19-205
Lower Tribunal No. 18-1313-K

————————


**Skip Stuart Stanley,**
Appellant,

vs.

**George Braff, et al.,**
Appellees.

————————

No. 3D19-206
Lower Tribunal No. 18-1315-K

_____

**Skip Stuart Stanley,**
Appellant,

vs.

**George Braff, et al.,**
Appellees.

_____

No. 3D19-207
Lower Tribunal No. 18-1363-K

_____

**Skip Stuart Stanley,**
Appellant,

vs.

**George Braff, et al.,**
Appellees.

_____

No. 3D19-208
Lower Tribunal No. 18-1417-K

_____

**Skip Stuart Stanley,**
Appellant,

vs.

**George Braff, et al.,**

Appellees.

————————

No. 3D19-209
Lower Tribunal No. 18-1466-K

————————

**Skip Stuart Stanley,**
Appellant,

vs.

**George Braff,**
Appellee.

————————

No. 3D19-210
Lower Tribunal No. 18-1418-K

————————

**Skip Stuart Stanley,**
Appellant,

vs.

**Eric Moore, etc.,**
Appellee.

————————

No. 3D19-211
Lower Tribunal No. 18-1394-K

————————

**Skip Stuart Stanley,**
Appellant,

vs.

**Eric Moore, etc.,**
Appellee.

————————

No. 3D19-212
Lower Tribunal No. 18-1454-K

————————

**Skip Stuart Stanley,**
Appellant,

vs.

**Cara Higgins, etc.,**
Appellee.

————————

No. 3D19-213
Lower Tribunal No. 18-1449-K

————————

**Skip Stuart Stanley,**
Appellant,

vs.

**Chief Judge Mark H. Jones, etc.,**
Appellee.

————————

6

No. 3D19-214
Lower Tribunal No. 18-1450-K

————————————

**Skip Stuart Stanley,**
Appellant,

vs.

**Chief Judge Mark H. Jones, etc.,**
Appellee.

————————————

No. 3D19-215
Lower Tribunal No. 18-1452-K

————————————

**Skip Stuart Stanley,**
Appellant,

vs.

**Hon. Jorge Labarga,**
Appellee.

————————————

No. 3D19-217
Lower Tribunal No. 18-1453-K

————————————

**Skip Stuart Stanley,**
Appellant,

vs.

**Judge Peary Fowler, etc.,**
Appellee.

_____

No. 3D19-218
Lower Tribunal No. 18-1411-K
_____


**Skip Stuart Stanley,**
Appellant,

vs.

**Brian Yablonski, etc.,**
Appellee.

_____

No. 3D19-219
Lower Tribunal No. 18-1412-K
_____


**Skip Stuart Stanley,**
Appellant,

vs.

**Bo Rivard, etc.,**
Appellee.

_____

No. 3D19-220
Lower Tribunal No. 18-1413-K

8

_____

**Skip Stuart Stanley,**
Appellant,

vs.

**FWC Captain David Dupree, etc.,**
Appellee.

_____

No. 3D19-221
Lower Tribunal No. 18-1414-K

_____

**Skip Stuart Stanley,**
Appellant,

vs.

**FWC Sgt. Steve Dion, etc.,**
Appellee.

_____

No. 3D19-222
Lower Tribunal No. 18-1316-K

_____

**Skip Stuart Stanley,**
Appellant,

vs.

**Cynthia McPherson, etc.,**

9

Appellee.

————————

No. 3D19-223
Lower Tribunal No. 18-1364-K

————————

**Skip Stuart Stanley,**
Appellant,

vs.

**Cynthia McPherson, etc.,**
Appellee.

————————

No. 3D19-232
Lower Tribunal No. 18-1451-K

————————

**Skip Stuart Stanley,**
Appellant,

vs.

**Hon. Jorge Labarga,**
Appellee.

Appeals from the Circuit Court for Monroe County, Mark Wilson, Timothy J. Koenig and Bonnie J. Helms, Judges.

Skip Stuart Stanley, in proper person.

10

Purdy, Jolly, Giuffreda, Barranco & Jisa, P.A., and Gregory J. Jolly (Fort Lauderdale), for appellees Sheriff Rick Ramsay, Don Catala and Aaron Roddy; Cynthia L. Hall and Paunece R. Scull, Assistant County Attorneys, for appellee Cynthia McPherson.

Before EMAS, C.J., and SALTER and MILLER, JJ.

PER CURIAM.

ON ORDER TO SHOW CAUSE

Following the issuance of this Court's Order to Show Cause requiring the appellant, Skip Stuart Stanley, to show good cause why these cases should not be dismissed as frivolous and an abuse of process, the appellant has not made such a showing. As such, these appeals are dismissed.

Additionally, we hold that the appellant has repeatedly abused the judicial system with his frequent, frivolous filings. Accordingly, the appellant is hereby barred from filing any additional pro se filings in any case before this Court. The Clerk of this Court is directed not to accept any future filings from the appellant unless they are reviewed and signed by a member in good standing of The Florida Bar.

Consolidated cases dismissed; appellant barred from future pro se filings.